POOR QUALITY ORIGINAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

KEVIN SCOTT              Case No. 16-13734

    Plaintiff              Honorable Denise Page Hood

v.             Magistrate David R. Grand

TROTT LAW, P.C.,

    Defendant(s)

FILED 2017 MAR 27 P 12: 27
U.S. DIST. COURT CLERK
EAST. DIST. MICHIGAN
DETROIT

**MOTION TO COMPEL TROTT TO SUBMIT DOCUMENTS ON GROUND SEEKING PROTECTION**

**ORDER OR PRIVILEGE OR OTHER PROTECTION**

## TABLE OF CONTENTS

STAEMENT OF ISSUES PRESENTED..................................................................3

CONTROLLING AUTHORITY ........................................................................4

INTRODUCTION ..........................................................................................5

CONCLUSION AND RELIEF REQUESTED........................................................6

Case 2:16-cv-13734-DPH-DRG   ECF No. 42   filed 03/27/17   PageID.1066   Page 2 of 11

## STATEMENT OF ISSUES

1. Should Trott be Compel To Submit Their Privilege Or Protection Log.

   Plaintiff Answers    Yes

   Defendant Answers    No

## CONTROLLING AND MOST APPROPRIATE AUTHORITY

Plaintiff relies on Federal Local Rule 26(5)(A)(ii), and 37(b)(1).

## INFORMATION

Federal Local Rule 26(5)(A)(ii) Protective Order on Ground of Privilege or Other Protection. Trott is in violation of the Court Order by failing to describe the nature of the documents, communications, or things not produced or disclosed, to enable the Court to assess application of the privilege or protection. Under the previous Court Order, and without Trott producing what they think may be protected Plaintiff is entitled to any non privilege document that is relevant to Plaintiff claims.

With Trott assertion that they couldn't speak with a third parties or they would be in violation of statutes, on Plaintiff behalf to verify any checks, and being that Trott is not the lawyer for Bryan Cave or Maddin Hauser because they are a third party, anything given or said is not Attorney Client Privilege. Anything given by Bank of America must be disclosed so the Court can assess the Privilege if any exists. Attorney Welke stated there was no complainant.

Federal Local Rule 26 states in part describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, **will enable the parties to assess the claim.**

This Court under Federal Rule 37(b)(1) can compel the items Trott left out, especially without providing the documents, sanctions are and should be access to Trott. See Ex. A, Trott Law's Privilege/Protection Log. Trott didn't cite a privilege log or submit the same that would allow the Court review of Trott claims for privileged.

5

## CONCLUSION/RELIEF

Therefore, Trott is in violation of their Second Set Of Requests To Produce And Request To Admit To Plaintiff, Trott must produce the items for the Court review that was held back under: 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20. Plaintiff seeks cost for Plaintiff time and cost for having to bring this Motion. Trott as an experience Law Firm knew they had to submit more what they sought protected for the Court Review/ruling

Date: March 27, 2017                                     Respectfully Submitted

Kscott@mi.rr.com

(248) 789-6869

## CERTIFICATE OF SERVICE

I herby certify that a copy of this complaint was served to the Defendant Trott Law, P.C. at 31440 Northwestern Hwy., Suite 200 Farmington Hills, Michigan 48334. I also certify a copy was filed with the District Court.

Date: March 27, 2017                                     Respectfully Submitted

KScott@mi.rr.com

(248) 789-6869

6

# EXHIBIT: A

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

KEVIN SCOTT,
    Plaintiff,

v.

TROTT LAW, P.C.,
    Defendant.

Case No. 2:16-cv-13734
Hon. Denise Page Hood
Mag. David R. Grand

KEVIN SCOTT, in pro per
Plaintiff
29343 Lendstone
Farmington Hills, MI 48334

TROTT LAW, P.C.
By: Richard Weike (P34403)
Attorneys for Defendant Trott Law
31440 Northwestern Hwy., Ste. 200
Farmington Hills, MI 48334
248-723-5765

## TROTT LAW'S PRIVILEGE PROTECTION LOG
## PURSUANT TO FRCP 45(e)(2)

In response to the Plaintiffs' FIRST and SECOND REQUEST FOR PRODUCTION OF DOCUMENTS TO TROTT LAW, P.C., requested by Kevin Scott, and in addition to Trott Law's Objections, Trott Law, P.C., claims that the following communications, correspondence, documents, and the like are being withheld as they are privileged and subject to protection as attorney client privileged and/or attorney work product, and states as follows:

A.  Without waiving and privilege, including but not limited to, by any statement made herein and subject to the GENERAL OBJECTIONS, as stated in Trott's Responses to Scott's discovery requests, including but not limited to, the attorney client, work product and any other applicable privilege and pursuant to this Court's order, Trott submits this Privileged/Protected Document Log as to Requests relative to Plaintiff KEVIN SCOTT:

1. Communication with Client dated October 3, 2016 / Attorney – Client Privilege/ Attorney Work Product.

2. Review of document by Trott Attorney dated October 13, 2016 / Attorney Work Product.

3. Correspondence to client by Trott Attorney dated October 21, 2016 Attorney – Client Privilege/ Attorney Work Product.

4. Teleconference from Trott Attorney to Trott Attorney Dated October 21, 2016 / Attorney Work Product.

5. Communication with Client by Trott Attorney dated November 1, 2016 / Attorney – Client Privilege/ Attorney Work Product.

6. Communication with Client by Trott Attorney dated November 2, 2016 Attorney – Client Privilege/ Attorney Work Product.

7. Communication with Client by Trott Attorney dated November 7, 2016 / Attorney – Client Privilege/ Attorney Work Product.

8. Communication with Client by Trott Attorney dated November 22, 2016 / Attorney-Client Privilege / Work Product.

9. Communication with Client by Trott Attorney dated November 28, 2016 / Attorney – Client Privilege/ Attorney Work Product.

10. Teleconference from Trott Attorney to Trott Attorney Dated October 29, 2016 / Attorney Work Product.

11. Correspondence from Trott Attorney to client dated December 5, 2016 / Attorney – Client Privilege/ Attorney Work Product.

12. Teleconference from Trott Attorney to Trott Attorney dated December 6, 2016 / Attorney Work Product

13. Communication with Client by Trott Attorney dated December 6, 2016 / Attorney – Client Privilege/ Attorney Work Product.

14. Communication with Client by Trott Attorney dated December 6, 2016 / Attorney Client Privilege / Attorney Work Product.

15. Teleconference from Trott Attorney to Trott Attorney dated December 16, 2016 / Attorney Work Product

16. Communication with Client by Trott Attorney dated December 28, 2016 / Attorney – Client Privilege/ Attorney Work Product.

- Teleconference from Trott Attorney to Trott Attorney dated January 11, 2017. Attorney Work Product.

- Teleconference from Trott Attorney to Trott Attorney dated January 11, 2017. Attorney Work Product.

- Teleconference from Trott Attorney to Trott Supervisor dated January 13, 2017. Attorney Work Product.

- Communication with Client by Trott Attorney dated February 8, 2017. Attorney-Client Privilege. Attorney Work Product.

Respectfully Submitted,
TROTT LAW, P.C.

By: Richard Welke (P44403)
Trott Law, P.C.
31440 Northwestern Hwy., Ste. 200
Farmington Hills, MI 48334
(248) 723-5765

Dated: February 28, 2017